# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                NO. 4:20-po-00043-JJV

JOSHUA T. HOLLIS                                                DEFENDANT

## **ORDER**

On April 12, 2021, defendant Joshua T. Hollis satisfied the forfeiture amount in this matter.

The Information and CVB Ticket Nos. 9328595 and 9328598 are hereby dismissed.

IT IS SO ORDERED this 13th day of April 2021.

 

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE